FILED: June 25, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-7040

(1:12-cv-00834-LO-TRJ)

_____

JEROME STEVEN GORDON

      Petitioner - Appellant

v.

DANIEL BRAXTON, Warden

      Respondent - Appellee

_____

O R D E R

_____

The court appoints Christopher R. Ford to represent appellant on appeal. Counsel is referred to the memorandum on **Payment of Counsel Appointed under the Criminal Justice Act** for information on appointment terms.

In light of this appointment, appellate counsel is granted access to sealed district court material, with the exception of ex parte or in camera material. Any transcripts sent to prior counsel shall be provided by prior counsel to newly appointed counsel.

The court having appointed new counsel for purposes of this appeal, any motion for further substitution of counsel shall be disfavored.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk